# First District Court of Appeal
## State of Florida

_____

No. 1D18-4622

_____

L3HARRIS TECHNOLOGIES, INC.,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF MANAGEMENT SERVICES, and
MOTOROLA SOLUTIONS, INC.,

    Appellees.

_____

On appeal from the Florida Department of Management Services.
Erin Rock, Secretary.

September 25, 2019

PER CURIAM.

    AFFIRMED.

WOLF and M.K. THOMAS, JJ., and DUNCAN, J. SCOTT, ASSOCIATE
JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Karen D. Walker, George N. Meros, Jr., Mia L. McKown, and Tiffany A. Roddenberry of Holland and Knight, LLP, Tallahassee, for Appellant.

Jason Gonzalez, Daniel Nordby, and Amber Stoner Nunnally of Shutts & Bowen LLP, Tallahassee, for Appellee Department of Management Services.

W. Robert Vezina, III of Vezina, Lawrence & Piscitelli, P.A., Tallahassee, and Eduardo S. Lombard of Radey Law Firm, Tallahassee, for Appellee Motorola Solutions, Inc.